IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 FEB 17  AM 9:18

NATIONAL OILWELL VARCO, L.P.,
Plaintiff,

-vs-                                                        Case No. A-12-CA-773-SS

OMRON OILFIELD & MARINE, INC.,
Defendant.

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day the Court entered its order dismissing Plaintiff National Oilwell Varco, L.P.'s claims against Defendant Omron Oilfield & Marine, Inc., and thereafter enters the following:

IT IS ORDERED, ADJUDGED, and DECREED that Plaintiff National Oilwell Varco, L.P.'s claims against Defendant Omron Oilfield & Marine, Inc. are DISMISSED WITH PREJUDICE for lack of jurisdiction and that Defendant go hence without delay and with its costs, for which let execution issue against Plaintiff.

SIGNED this the 16th day of February 2015.

SAM SPARKS
UNITED STATES DISTRICT JUDGE

773 ood2 jtw.wpd