# EXHIBIT A

# INVOICE

From **Karl Bayer, Dispute Resolution Expert**
8911 N. Capital of Texas Highway
Suite 2120
Austin, TX 78759
Phone: (512) 345-8537
Fax: (512) 345-9469
Tax ID # 74-2257553

| | | | |
|---|---|---|---|
| Invoice ID | 12929 | Invoice For | **Karl Bayer, Dispute Resolution Expert** |
| Issue Date | 04/17/2013 | | |
| Due Date | 04/17/2013 (upon receipt) | | |
| Subject | Nat'l Oilwell Varco v. Omron Oilfield & Marine - SM: Court Master | | |

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | Nat'l Oilwell Varco v. Omron Oilfield & Marine - SM: Court Master (03/12/2013 - 04/16/2013) | 23.00 | $400.00 | $9,200.00 |

**Amount Due** **$9,200.00**

# INVOICE

From **Karl Bayer, Dispute Resolution Expert**
8911 N. Capital of Texas Highway
Suite 2120
Austin, TX 78759
Phone: (512) 345-8537
Fax: (512) 345-9469
Tax ID # 74-2257553

| | |
|---|---|
| Invoice ID | 12944 |
| Issue Date | 07/30/2013 |
| Due Date | 07/30/2013 (upon receipt) |
| Subject | Nat'l Oilwell Varco v. Omron Oilfield & Marine - SM: Court Master |

Invoice For **Karl Bayer, Dispute Resolution Expert**

| Type | Description | Quantity | Unit Price | Amount |
|---|---|---|---|---|
| Service | 06/25/2013 - Court Master / Karl Bayer: rev transcript of hearing | 2.10 | $400.00 | $840.00 |
| Service | 06/27/2013 - Court Master / Karl Bayer: rev post hearing briefs, exhibits and patent | 5.70 | $400.00 | $2,280.00 |
| Service | 07/11/2013 - Court Master / Karl Bayer: rev post hearing briefs, exhibits and patent | 3.40 | $400.00 | $1,360.00 |
| Service | 07/16/2013 - Court Master / Karl Bayer: rev briefs and prep first draft of R&R | 2.80 | $400.00 | $1,120.00 |
| Service | 07/17/2013 - Court Master / Karl Bayer: Prep draft of R&R | 1.90 | $400.00 | $760.00 |
| Service | 07/25/2013 - Court Master / Karl Bayer: prep final R&R | 0.40 | $400.00 | $160.00 |

**Amount Due** **$6,520.00**

**Notes**

Omron Balance Due $3260
Varco Balance Due $3260