# EXHIBIT B



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107798 | 9/17/2014 | 97296 |

| Job Date | Case No. |
|---|---|
| 9/8/2014 | 1:12-CV-00773-SS |

| Case Name |
|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

CERTIFIED COPY OF:

    Phillip Martin

379.19

**TOTAL DUE >>>**      **$379.19**

AFTER 10/17/2014 PAY      $424.69

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648

Phone: 415-434-4484    Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

| | | |
|---|---|---|
| Invoice No. | : | 107798 |
| Invoice Date | : | 9/17/2014 |
| **Total Due** | : | **$379.19** |
| AFTER 10/17/2014 PAY $424.69 | | |

Remit To:   **Court Reporters Clearinghouse, Inc.**
           **1225 North Loop West, Suite 327**
           **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 97296 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107698 | 9/17/2014 | 97297 |
| **Job Date** | **Case No.** | |
| 9/8/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

VIDEO COPY OF:

Phillip Martin                                                                                    325.00

**TOTAL DUE  >>>**                **$325.00**
AFTER 10/17/2014  PAY                    $364.00

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                                Phone: 415-434-4484     Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

| | | |
|---|---|---|
| Invoice No. | : | 107698 |
| Invoice Date | : | 9/17/2014 |
| **Total Due** | **:** | **$325.00** |
| AFTER 10/17/2014  PAY  $364.00 | | |

Remit To:   **Court Reporters Clearinghouse, Inc.**
            **1225 North Loop West, Suite 327**
            **Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 97297 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108666 | 10/17/2014 | 98798 |

| Job Date | Case No. |
|---|---|
| 10/13/2014 | 1:12-CV-00773-SS |

| Case Name |
|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

---

VIDEO COPY OF:

Brian Wunder                                                                                    325.00

**TOTAL DUE  >>>**                                                            **$325.00**
AFTER 11/16/2014  PAY                                                          $364.00

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

---

**Tax ID:** 76-0537648                                                   Phone: 415-434-4484     Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

| | | |
|---|---|---|
| Invoice No. | : | 108666 |
| Invoice Date | : | 10/17/2014 |
| **Total Due** | : | **$325.00** |
| AFTER 11/16/2014  PAY | | $364.00 |

Remit To:   **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 98798 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108681 | 10/17/2014 | 98797 |
| **Job Date** | **Case No.** | |
| 10/13/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

EXPEDITED CERTIFIED COPY + ROUGH DRAFT OF:

Brian Wunder                                                                                      786.61

**TOTAL DUE >>>**                                     **$786.61**
AFTER 11/16/2014 PAY                                  $881.00

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                              Phone: 415-434-4484     Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

| | | |
|---|---|---|
| Invoice No. | : | 108681 |
| Invoice Date | : | 10/17/2014 |
| **Total Due** | : | **$786.61** |

AFTER 11/16/2014 PAY  $881.00

| Remit To: | **Court Reporters Clearinghouse, Inc.** | | | | |
|---|---|---|---|---|---|
| | **1225 North Loop West, Suite 327** | | Job No. | : | 98797 |
| | **Houston, TX 77008** | | BU ID | : | HOUSTON |
| | | | Case No. | : | 1:12-CV-00773-SS |
| | | | Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

# I N V O I C E

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108993 | 10/29/2014 | 98798 |
| **Job Date** | **Case No.** | |
| 10/13/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

VIDEO COPY WITH SYNCHED FILES OF:

Brian Wunder                                                                                        370.00

**TOTAL DUE  >>>**                                    **$370.00**

AFTER 11/28/2014  PAY                              $414.40

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                                    Phone: 415-434-4484    Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

| | | |
|---|---|---|
| Invoice No. | : | 108993 |
| Invoice Date | : | 10/29/2014 |
| **Total Due** | **:** | **$370.00** |
| AFTER 11/28/2014  PAY  $414.40 | | |

Remit To:  **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 98798 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



**Court Reporters Clearinghouse - N A T I O N A L**
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109405 | 11/12/2014 | 99161 |
| **Job Date** | **Case No.** | |
| 10/29/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

CERTIFIED COPY OF:

Fergus Hopwood - 30(b)(6)        722.03

**TOTAL DUE >>>**      **$722.03**

AFTER 12/12/2014 PAY      $808.67

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648              Phone: 415-434-4484     Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

| | | |
|---|---|---|
| Invoice No. | : | 109405 |
| Invoice Date | : | 11/12/2014 |
| **Total Due** | : | **$722.03** |
| AFTER 12/12/2014 PAY | | $808.67 |

| | | |
|---|---|---|
| Job No. | : | 99161 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

Remit To:    **Court Reporters Clearinghouse, Inc.**
           **1225 North Loop West, Suite 327**
           **Houston, TX 77008**

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109166 | 11/19/2014 | 99162 |

| Job Date | Case No. | |
|---|---|---|
| 10/29/2014 | 1:12-CV-00773-SS | |

| Case Name | | |
|---|---|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

---

VIDEO COPY + SYNCHED FILES OF:

    Fergus Hopwood 30(b)(6) Omron Oilfield & Marine - Volume 1      717.50

**TOTAL DUE  >>>**      **$717.50**

AFTER 12/19/2014  PAY      $803.60

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                   Phone: 415-434-4484     Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

| | | |
|---|---|---|
| Invoice No. | : | 109166 |
| Invoice Date | : | 11/19/2014 |
| **Total Due** | **:** | **$717.50** |
| AFTER 12/19/2014 PAY | | $803.60 |

Remit To:    **Court Reporters Clearinghouse, Inc.**
                   **1225 North Loop West, Suite 327**
                   **Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 99162 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109714 | 11/24/2014 | 99296 |
| **Job Date** | **Case No.** | |
| 11/5/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

CERTIFIED COPY OF:

George Cooper, PhD                                                                         831.15

**TOTAL DUE  >>>**                                           **$831.15**
AFTER 12/24/2014  PAY                                    $930.89

Ordered By        :   Kimberly K. Dodd
                           Foley & Lardner, L.L.P.
                           One Maritime Plaza, Suite 600
                           San Francisco, CA 94111

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                              Phone: 414-297-5824    Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 109714 |
| Invoice Date | : | 11/24/2014 |
| **Total Due** | **:** | **$831.15** |
| AFTER 12/24/2014 PAY  $930.89 | | |

Remit To:   **Court Reporters Clearinghouse, Inc.**
                    **1225 North Loop West, Suite 327**
                    **Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 99296 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109347 | 12/4/2014 | 99297 |

| Job Date | Case No. | |
|---|---|---|
| 11/5/2014 | 1:12-CV-00773-SS | |

| Case Name | | |
|---|---|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

---

VIDEO COPY + VIDEO SYNCHING OF:

   George Cooper

                                                             902.50

**TOTAL DUE >>>**        **$902.50**

AFTER 1/3/2015 PAY      $1,010.80

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

---

**Tax ID:** 76-0537648                                            Phone: 414-297-5824     Fax:414-297-4900

*Please detach bottom portion and return with payment.*

---

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 109347 |
| Invoice Date | : | 12/4/2014 |
| **Total Due** | : | **$902.50** |
| AFTER 1/3/2015 PAY | | $1,010.80 |

Remit To:   **Court Reporters Clearinghouse, Inc.**
              **1225 North Loop West, Suite 327**
              **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 99297 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109802 | 11/26/2014 | 99216 |
| **Job Date** | **Case No.** | |
| 11/7/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

CERTIFIED COPY + ROUGH DRAFT OF:

Dave Noethlich                                                                 921.04

                                        **TOTAL DUE >>>**        **$921.04**
                                        AFTER 12/26/2014 PAY        $1,031.56

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                Phone: 414-297-5824    Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 109802 |
| Invoice Date | : | 11/26/2014 |
| **Total Due** | : | **$921.04** |
| AFTER 12/26/2014 PAY | | $1,031.56 |

Remit To:    **Court Reporters Clearinghouse, Inc.**
             **1225 North Loop West, Suite 327**
             **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 99216 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109419 | 12/4/2014 | 99217 |

| Job Date | Case No. | |
|---|---|---|
| 11/7/2014 | 1:12-CV-00773-SS | |

| Case Name | | |
|---|---|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

VIDEO COPY + VIDEO SYNCHING OF:

Dave Noethlich                                                                                     775.00

**TOTAL DUE  >>>**                          **$775.00**

AFTER 1/3/2015 PAY                          $868.00

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                        Phone: 414-297-5824     Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

Invoice No.      :   109419

Invoice Date    :   12/4/2014

**Total Due**       :   **$775.00**

AFTER 1/3/2015  PAY  $868.00

Remit To:    **Court Reporters Clearinghouse, Inc.**
             **1225 North Loop West, Suite 327**
             **Houston, TX  77008**

Job No.     :   99217

BU ID       :   HOUSTO VID

Case No.    :   1:12-CV-00773-SS

Case Name   :   National Oilwell Varco, L.P. vs. Omron
                Oilfield & Marine, Inc.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109999 | 12/3/2014 | 99547 |
| **Job Date** | **Case No.** | |
| 11/14/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

CERTIFIED COPY OF:

David Krejci

510.66

**TOTAL DUE >>>**     **$510.66**

AFTER 1/2/2015 PAY     $571.94

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648         Phone: 414-297-5824    Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 109999 |
| Invoice Date | : | 12/3/2014 |
| **Total Due** | **:** | **$510.66** |
| AFTER 1/2/2015 PAY | | $571.94 |

| | | |
|---|---|---|
| Job No. | : | 99547 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

Remit To:    **Court Reporters Clearinghouse, Inc.**
             **1225 North Loop West, Suite 327**
             **Houston, TX 77008**

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109597 | 12/12/2014 | 99548 |
| Job Date | Case No. | |
| 11/14/2014 | 1:12-CV-00773-SS | |
| Case Name | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

---

VIDEO COPY + VIDEO SYNCHING OF:

    David Krejci                    682.50

                             **TOTAL DUE >>>         $682.50**

                             AFTER 1/11/2015 PAY        $764.40

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

---

**Tax ID:** 76-0537648                                             Phone: 414-297-5824    Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI 53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 109597 |
| Invoice Date | : | 12/12/2014 |
| **Total Due** | **:** | **$682.50** |
| AFTER 1/11/2015 PAY | | $764.40 |

Remit To:   **Court Reporters Clearinghouse, Inc.**
                **1225 North Loop West, Suite 327**
                **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 99548 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110211 | 12/12/2014 | 99390 |

| Job Date | Case No. |
|---|---|
| 11/18/2014 | 1:12-CV-00773-SS |

| Case Name |
|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

CERTIFIED COPY OF:

    Robert Bost                                             823.57

**TOTAL DUE  >>>**                   **$823.57**

AFTER 1/11/2015  PAY          $922.40

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                       Phone: 414-297-5824    Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 110211 |
| Invoice Date | : | 12/12/2014 |
| **Total Due** | **:** | **$823.57** |
| AFTER 1/11/2015  PAY  $922.40 | | |

Remit To:  **Court Reporters Clearinghouse, Inc.**
                  **1225 North Loop West, Suite 327**
                  **Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 99390 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 109684 | 12/12/2014 | 99391 |
| **Job Date** | **Case No.** | |
| 11/18/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

VIDEO COPY + VIDEO SYNCHING OF:
    Robert Bost                                       1,180.00

**TOTAL DUE >>>**          **$1,180.00**
AFTER 1/11/2015  PAY      $1,321.60

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                     Phone: 414-297-5824     Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

Invoice No.      :    109684
Invoice Date    :    12/12/2014
**Total Due**       :    **$1,180.00**
AFTER 1/11/2015  PAY  $1,321.60

Remit To:    **Court Reporters Clearinghouse, Inc.**
                 **1225 North Loop West, Suite 327**
                 **Houston, TX  77008**

Job No.         :    99391
BU ID           :    HOUSTO VID
Case No.       :    1:12-CV-00773-SS
Case Name    :    National Oilwell Varco, L.P. vs. Omron
                         Oilfield & Marine, Inc.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110750 | 1/8/2015 | 100469 |

| Job Date | Case No. | |
|---|---|---|
| 12/19/2014 | 1:12-CV-00773-SS | |

| Case Name | | |
|---|---|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

CERTIFIED COPY OF:

Keith Ugone, Ph.D.        1,010.61

**TOTAL DUE  >>>**     **$1,010.61**

AFTER 2/7/2015  PAY     $1,131.88

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648        Phone: 414-297-5824    Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 110750 |
| Invoice Date | : | 1/8/2015 |
| **Total Due** | **:** | **$1,010.61** |

AFTER 2/7/2015  PAY  $1,131.88

Remit To:    **Court Reporters Clearinghouse, Inc.**
           **1225 North Loop West, Suite 327**
           **Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 100469 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110603 | 1/13/2015 | 100470 |
| Job Date | Case No. | |
| 12/19/2014 | 1:12-CV-00773-SS | |
| Case Name | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

VIDEO COPY AND SYNC FILES OF:

Keith Ugone, Ph.D.                                                                    1,087.50

**TOTAL DUE  >>>**                      **$1,087.50**

AFTER 2/12/2015  PAY                      $1,218.00

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                        Phone: 414-297-5824      Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| | | |
|---|---|---|
| Invoice No. | : | 110603 |
| Invoice Date | : | 1/13/2015 |
| **Total Due** | **:** | **$1,087.50** |
| AFTER 2/12/2015  PAY  $1,218.00 | | |

| | | |
|---|---|---|
| Job No. | : | 100470 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

Remit To:    **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX  77008**

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107748 | 9/17/2014 | 97298 |
| **Job Date** | **Case No.** | |
| 9/10/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

CERTIFIED COPY OF:

Richard Lewis                                                                                        552.88

**TOTAL DUE >>>**                                      **$552.88**
AFTER 10/17/2014 PAY                            $619.23

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                                 Phone: 415-434-4484      Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA 94111

| | | |
|---|---|---|
| Invoice No. | : | 107748 |
| Invoice Date | : | 9/17/2014 |
| **Total Due** | **:** | **$552.88** |
| AFTER 10/17/2014 PAY $619.23 | | |

| | | |
|---|---|---|
| Job No. | : | 97298 |
| BU ID | : | HOUSTON |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

Remit To:   **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107700 | 9/17/2014 | 97299 |
| **Job Date** | **Case No.** | |
| 9/10/2014 | 1:12-CV-00773-SS | |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

VIDEO COPY OF:

    Richard Lewis                                                                    325.00

                                            **TOTAL DUE  >>>**           **$325.00**
                                            AFTER 10/17/2014  PAY            $364.00

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                    Phone: 415-434-4484    Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd                              Invoice No.    :   107700
Foley & Lardner, L.L.P.                       Invoice Date   :   9/17/2014
One Maritime Plaza, Suite 600
San Francisco, CA  94111                      **Total Due**    **:   $325.00**

                                              AFTER 10/17/2014  PAY  $364.00

                                              Job No.        :   97299
                                              BU ID          :   HOUSTO VID
Remit To:    **Court Reporters Clearinghouse, Inc.**      Case No.    :   1:12-CV-00773-SS
             **1225 North Loop West, Suite 327**          Case Name   :   National Oilwell Varco, L.P. vs. Omron
             **Houston, TX  77008**                                         Oilfield & Marine, Inc.

# INVOICE



Court Reporters Clearinghouse - N A T I O N A L
713-626-2629

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107487 | 9/12/2014 | 97227 |
| Job Date | Case No. | |
| 8/29/2014 | 1:12-CV-00773-SS | |
| Case Name | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

CERTIFIED COPY OF:

Jeff Adams                                                                                   771.80

**TOTAL DUE  >>>**                              **$771.80**

AFTER 10/12/2014  PAY                         $864.42

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                                        Phone: 414-297-5824     Fax:414-297-4900

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd                                    Invoice No.      :   107487
Foley & Lardner, L.L.P.                             Invoice Date     :   9/12/2014
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306                      **Total Due**      :   **$771.80**

                                                    AFTER 10/12/2014  PAY  $864.42

                                                    Job No.          :   97227

                                                    BU ID            :   HOUSTON

Remit To:   **Court Reporters Clearinghouse, Inc.**    Case No.         :   1:12-CV-00773-SS
            **1225 North Loop West, Suite 327**
            **Houston, TX  77008**                  Case Name        :   National Oilwell Varco, L.P. vs. Omron
                                                                         Oilfield & Marine, Inc.

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107527 | 9/12/2014 | 97228 |

| Job Date | Case No. | |
|---|---|---|
| 8/29/2014 | 1:12-CV-00773-SS | |

| Case Name |
|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

| Payment Terms |
|---|
| Due upon receipt |

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

SYNCHED FILES OF:

Jeff Adams                                                                                          385.00

**TOTAL DUE  >>>**                                                              **$385.00**

AFTER 10/12/2014  PAY                                              $431.20

Invoice prepared for:
SHERRY HALE REPORTING & ASSOCIATES

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                     Phone: 415-434-4484     Fax:415-434-4507

*Please detach bottom portion and return with payment.*

Kimberly K. Dodd
Foley & Lardner, L.L.P.
One Maritime Plaza, Suite 600
San Francisco, CA  94111

| | | |
|---|---|---|
| Invoice No. | : | 107527 |
| Invoice Date | : | 9/12/2014 |
| **Total Due** | : | **$385.00** |

AFTER 10/12/2014  PAY  $431.20

| | | |
|---|---|---|
| Job No. | : | 97228 |
| BU ID | : | HOUSTO VID |
| Case No. | : | 1:12-CV-00773-SS |
| Case Name | : | National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

Remit To:     **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX  77008**