# EXHIBIT D

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 33633 | 9/17/2014 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 5918.002 | 7/3/2014 | 1:12-CV-00773 |

| Case Name |
|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

| Records Pertaining To |
|---|
| See scope |

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

Ms. Kimberly K. Dodd
Foley & Lardner, LLP
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Patterson-UTI Drilling Company LLC, by and through its registered agent, CT Corporation System<br>Any and All Records<br>1999 Bryan St., Ste. 900<br>Dallas, TX  75201 | Ms. Kimberly K. Dodd<br>Foley & Lardner, LLP<br>777 East Wisconsin Ave.<br>Milwaukee, WI  53202-5306 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

COPY OF DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

See scope (Any & All Records)

| | |
|---|---|
| Basic Fee | 75.00 |
| Delivery | 35.00 |
| CD Copy | 27.50 |

**TOTAL DUE  >>>**                    **$137.50**

AFTER 10/17/2014  PAY                    $151.25

**Tax ID:** 76-0098843

Phone: (414) 271-2400    Fax:(414) 297-4900

*Please detach bottom portion and return with payment.*

Ms. Kimberly K. Dodd
Foley & Lardner, LLP
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| | | | |
|---|---|---|---|
| Order No. | : 5918.002 | BU ID | : 1-HOU |
| Case No. | : 1:12-CV-00773 | | |
| Case Name | : National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| Invoice No. | : 33633 | Invoice Date | : 9/17/2014 |

**Total Due    :  $137.50**
AFTER 10/17/2014  PAY  $151.25

Remit To:   **Southwest Reporting & Video Service, Inc.**
**826 Heights Blvd.**
**Houston, TX  77007**

---

**PAYMENT WITH CREDIT CARD**              AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____       Phone#: _____

Billing Address: _____

Zip: _____    Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 33637 | 9/17/2014 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 5918.011 | 7/24/2014 | 1:12-CV-00773 |

| Case Name |
|---|
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. |

| **Records Pertaining To** |
|---|
| See scope |

Ms. Kimberly K. Dodd
Foley & Lardner, LLP
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Orion Drilling Company, LLC, by and through its registered agent, Wayne M. Squired<br>Any and All Records<br>674 Flato Road<br>Corpus Christi, TX  78405 | Ms. Kimberly K. Dodd<br>Foley & Lardner, LLP<br>777 East Wisconsin Ave.<br>Milwaukee, WI  53202-5306 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

COPY OF DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

    See scope (Any & All Records)

       Basic Fee      75.00
       CD Copy      27.50

       **TOTAL DUE  >>>**      **$102.50**
       AFTER 10/17/2014  PAY      $112.75

**Tax ID:** 76-0098843             Phone: (414) 271-2400     Fax:(414) 297-4900

*Please detach bottom portion and return with payment.*

Ms. Kimberly K. Dodd
Foley & Lardner, LLP
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| | | | |
|---|---|---|---|
| Order No. | : 5918.011 | BU ID | : 1-HOU |
| Case No. | : 1:12-CV-00773 | | |
| Case Name | : National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| Invoice No. | : 33637 | Invoice Date | : 9/17/2014 |
| **Total Due** | **: $102.50** | | |

AFTER 10/17/2014  PAY  $112.75

---

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:    **Southwest Reporting & Video Service, Inc.**
              **826 Heights Blvd.**
              **Houston, TX  77007**

# I N V O I C E

Southwest Reporting & Video Service, Inc.
826 Heights Blvd.
Houston, TX  77007
Phone:713-650-1800   Fax:713-650-6245

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 33656 | 9/26/2014 | Net 30 |
| **Order No.** | **Order Date** | **Case No.** |
| 5918.001 | 7/3/2014 | 1:12-CV-00773 |
| **Case Name** | | |
| National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc. | | |
| **Records Pertaining To** | | |
| See scope | | |

Ms. Kimberly K. Dodd
Foley & Lardner, LLP
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

| Records From | Ordered By | Reference Info. |
|---|---|---|
| Helmerich & Payne International Drilling Company, by and through its registered agent, CT Corporation System Any and All Records 1999 Bryan St., Ste. 900 Dallas, TX  75201 | Ms. Kimberly K. Dodd Foley & Lardner, LLP 777 East Wisconsin Ave. Milwaukee, WI  53202-5306 | Client Matter No.: Claim No.: Insured: D/O/L: |

COPY OF DEPOSITION BY WRITTEN QUESTIONS PERTAINING TO:

    See scope (Any & All Records)

| | |
|---|---:|
| Basic Fee | 75.00 |
| Production Fee | 25.00 |
| Delivery | 30.00 |
| Flash Drive | 27.50 |

**TOTAL DUE  >>>**        **$157.50**

AFTER 10/26/2014  PAY     $173.25

**Tax ID:** 76-0098843                                    Phone: (414) 271-2400    Fax:(414) 297-4900

*Please detach bottom portion and return with payment.*

Ms. Kimberly K. Dodd
Foley & Lardner, LLP
777 East Wisconsin Ave.
Milwaukee, WI  53202-5306

Order No.    : 5918.001         BU ID      : 1-HOU
Case No.    : 1:12-CV-00773
Case Name  : National Oilwell Varco, L.P. vs. Omron Oilfield & Marine, Inc.
Invoice No.  : 33656         Invoice Date  : 9/26/2014
**Total Due   : $157.50**
AFTER 10/26/2014  PAY  $173.25

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:     **Southwest Reporting & Video Service, Inc.**
                    **826 Heights Blvd.**
                    **Houston, TX  77007**